## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

BEATRICE A. OLUOUCH )
106 Moran Court )
Frederick, MD 21702 )            Civil Action No.
)                11 CV 3117
            PLAINTIFF, )
)
)            **NOTICE OF MOTION**
  -against- )
)
)
STELLA KERUBO ORINA )            Hon. Judge Griesa
South B )
Kariba Estate, Gate #2 )
Nairobi, Kenya )
          DEFENDANT. )
)

**PLEASE TAKE NOTICE** that upon the annexed affirmation of Aaron Shapiro,

Esq., affirmed on October 19, 2011, the accompanying Memorandum of Law in support

of this motion, and the pleadings herein, Defendant will move this court before the

Honorable Judge Griesa, United States District Judge, for an order pursuant to Rule

12(b)(5) of the Federal Rules of Civil Procedure, dismissing this complaint due to

insufficient service of process.

                    The Shapiro Law Firm, LLC

Signature:

                    Aaron Shapiro, Esq.
                    11 Broadway, Suite 615
                    New York, NY 10004
Telephone:   (212) 444-8064
Fax Number:  (212) 981-2726
Email:        aaron@theshapirolawyers.com
                    *Attorney for Defendant*

Dated: October 19, 2011
       New York, New York