USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BEATRICE A. OLUOCH,

                Plaintiff,                    11 **CIVIL** 3117 (TPG)

     -against-                                **JUDGMENT**

STELLA KERUBO ORINA

                Defendant.
-----------------------------------------------------------X

Defendant having moved to dismiss the complaint for insufficient service of process pursuant to Fed. R. Civ. P. 12(b)(5), and plaintiff has not remedied her defective service, nor has she opposed defendant's motion or on any occasion sought and extension of time to respond to the motion, and the matter having come before the Honorable Thomas P. Griesa, United States District Judge, and the Court, on August 28, 2012, having rendered its Opinion the Court exercises its discretion and dismisses the complaint without prejudice, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated August 28, 2012, the Court exercises its discretion and the complaint is dismissed without prejudice.

**Dated:** New York, New York
         August 31, 2012

                                                 **RUBY J. KRAJICK**
                                                   Clerk of Court
                               BY: _____
                                                      **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____